950 A.2d 263

Kevin **WYATT**, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 182 EM 2007.

Supreme Court of Pennsylvania.

May 20, 2008.

### ORDER

PER CURIAM.

AND NOW, this 20th day of May, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief is denied.